**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 4, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00782-CV

## LOULA P. GATOURA, Appellant

### V.

## NEC CORPORATION OF AMERICA, Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1092072**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 8, 2018. On November 28, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell